■ Worldcom, Inc., Doing Business as LDDS Worldcom,
Respondent, v Dialing Loving Care, Inc., et al., Appellants.
[702 NYS2d 76] —Order, Supreme Court, New York County
(Barry Cozier, J.), entered September 4, 1998, which, *inter
alia*, granted plaintiff's motion for summary judgment on its
cause of action for breach of contract, and, order, same court
and Justice, entered on or about August 4, 1999, which denied
defendants' motion to vacate the above order and to dismiss
the action for lack of jurisdiction, unanimously affirmed, with
costs.

Plaintiff's motion for summary judgment was properly
granted on the ground that defendants' prior attorney's affir-
mation in opposition to the motion contained only conclusory
statements and unsubstantiated allegations that were patently
insufficient to raise any issues of fact *(see, Capelin Assocs. v
Globe Mfg. Corp.*, 34 NY2d 338, 342-343). Defendants' subse-
quent motion to vacate the award of summary judgment on the
ground that they were improperly served was properly denied,
defendants having waived such defense when they failed to
move on that ground within 60 days after serving their answer,
and having failed to demonstrate undue hardship in urging in-
competence of prior counsel as the reason for not having so
moved (CPLR 3211 [e]; *cf., Abitol v Schiff*, 180 Misc 2d 949,
951). Concur—Sullivan, J. P., Williams, Mazzarelli, Wallach
and Lerner, JJ.